United States District Court
Southern District of Texas
FILED

B03-228   MAR 0 5 2004

Michael N. Milby
Clerk of Court

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by? HAND DELIVERY | Date 2/25/2004 AT 4:58 AM |
| NAME OF SERVER (PRINT) DAVE ECKSTEIN | Title PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. ALBERT GARCIA (BROTHER)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  2/25/04
         Date

Signature of Server

Address of Server