United States District Court
Southern District of Texas
FILED

MAR 29 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | Civil Action B-03-228 |
| | § | |
| Rose Yvette Garcia | § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Rose Yvette Garcia in that the said defendant has not filed an answer or other responsive pleading in this cause.

Done this 31 day of March, 2004, at Brownsville, Texas.

_____
United States Deputy District Clerk