United States District Court
Southern District of Texas
FILED

APR 1 3 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § | Civil Action B-03-228 |
| | § | |
| Rose Yvette Garcia | § | |

## MOTION FOR CONTINUANCE
## AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for April 15, 2004.

1.  The United States has received the Clerk's Entry of Default. The Magistrate's Report and Recommendation has been received and now the 10 day grace period is in effect.

The United States requests that the pretrial conference be reset until a date after the time period on the Report and Recommendation has been expired.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this ___7th___ day of ___April___, 2004 in accordance with the Federal Rules of Civil Procedure.

_____