UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 1 4 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-03-228 |
| Rose Yvette Garcia | § | |

### ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for April 15, 2004 at 2:00 p.m. is continued until a time to be established by the Court. The pretrial conference is reset for May 6, 2004, at 2:00 p.m.

Signed this 14th day of April, 2004, at Brownsville, Texas.

_____
United States Magistrate Judge