**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-03-228 |
| ROSE YVETTE GARCIA | § | |

### ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 6) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

1. Principal Balance as of September 29, 2000      $1,934.33
2. Current Interest                                $1,623.87
3. Administrative Fees, Costs, Penalties           $    0.00
4. Attorney's Fees                                 $  600.00
5. Pre-Judgment Interest Rate Per annum                 8.00%
6. Daily Accrual                                   $    0.42
7. TOTAL Balance Due (Including Attorney's Fees)   $4,158.20
8. Post Judgment Interest equals 1.50 % per annum

DONE in Brownsville, Texas, this 30 of April 2004.

_____
Hilda G. Tagle
United States District Judge