United States District Court
Southern District of Texas
FILED

MAY 0 3 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
versus § Civil Action B-03-228
§
Rose Yvette Garcia §

MOTION FOR CONTINUANCE
AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for May 6, 2004.

1.  The United States has sent in and received the clerks' entry of default. We are still waiting for the court to sign the final judgment in this matter.

The United States requests that the pretrial conference be reset until a date after the court has signed the pleading.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this _____ day of _____, 2004 in accordance with the Federal Rules of Civil Procedure.

_____