United States District Court
Southern District of Texas
FILED

NOV 0 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-03-228 |
| | § | |
| Rose Yvette Garcia | § | |

United States' Motion to Compel and for Sanctions

United States of America moves for an order compelling Rose Yvette Garcia ("Garcia") to respond to post-judgment discovery and awarding sanctions against Garcia, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1. On May 17, 2004, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Garcia, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned signed. The postjudgment discovery sought information regarding the financial condition of Garcia, as allowed by 28 U.S.C. §3015.

2. Written demand for the responses was sent to Garcia by letter dated June 23, 2004. (Exhibit 2).

3. Garcia failed to respond to the discovery requests. The United States attempted to obtain responses from Garcia. The United States contacted Garcia by telephone and attempted to obtain discovery responses on June 29, 2004.

4. Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5. Under Rule 37 of the Federal Rules of Civil Procedure, if a motion compelling responses to discovery is granted, the Court shall require the party whose conduct necessitated the motion to pay to the moving party the reasonable expenses incurred in making the Motion, including attorney's fees, unless the court finds that the motion was filed without the movant first

making a good faith effort to obtain the discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust. Fed. R. Civ. Proc. (a)(4)(A).

6. The United States requests that the court order Garcia to respond to post-judgment discovery fully and completely, and award sanctions against Garcia pursuant to Rule 37 of the Federal Rules of Civil Procedure for failure to properly respond to the discovery. A reasonable attorney's fee is $200.00 for one hour for the efforts to obtain responses to the postjudgment discovery and to prepare this motion. Additional attorney's fees will be requested for preparing for and attending any hearing on this motion.

          Respectfully submitted
          BENNETT, WESTON & LaJONE, P.C.

          By_____
          J. Michael Weston
          Texas Bar No. 21232100
          SD Tex. No. 21538
          Attorney in Charge
          Charles I. Appler
          Texas Bar No. 00788995
          SD Tex. No. 23055
          1750 Valley View Lane, Suite 120
          Dallas, Texas 75234
          Telephone: (214) 691-1776
          FAX:   (214) 373-6810
          Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Rose Yvette Garcia at 7636 Southmost Rd., Brownsville, TX 78521 by certified mail, return receipt requested, and regular mail on this _2nd_ day of _November 2004_.

_[signature]_