UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-03-228 |
| Rose Yvette Garcia | § | |

**POST-JUDGMENT DISCOVERY**

TO:   Rose Yvette Garcia, 7636 Southmost Rd. , Brownsville, TX  78521

The United States has a judgment against you.  The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully [...] documents are serious matters which will be brou[...]

**INSTRU[CTIONS]**

1.   Send your sworn answers to the i[...] documents for inspection and copying **within 30** [...] Discovery to

> J. Michael Weston
> BENNETT, WESTON &
> 1750 Valley View Lane, S[uite 120]
> Dallas, Texas 75234

[Certified Mail Receipt and Domestic Return Receipt affixed as Exhibit 1, postmarked 5/17/04, addressed to Rose Yvette Garcia, 7636 Southmost Rd., Brownsville, Tx 78521; Article Number 7000 1670 0010 5942 1463; signed by recipient.]

## DEFINITIONS

4. "Document" means every writing or record of every type and description in your possession, custody or control.

5. "You," or "Your" refers to Rose Yvette Garcia, and, IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7001167 0010594 2146) and regular mail on this 17th day of May, 2004.

_____

EXHIBIT 1

# BENNETT, WESTON & LaJONE, P.C.
## Attorneys and Counselors At Law
### 1750 Valley View Lane, Suite 120
### Dallas, Texas 75234

(214) 691-1776                                                                 Fax: (214) 373-6810

May 11, 2004

**PERSONAL AND CONFIDENTIAL**
Rose Yvette Garcia
7636 Southmost Rd.
Brownsville, TX 78521
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED
NO. 7000 1670 0000 1059 4246 AND REGULAR MAIL**

   Re:   United States of America v. Rose Yvette Garcia, Civil Action B-03-228

   Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure. The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

   You must respond fully and truthfully to the discovery requests within the time allowed. If you need additional time, please call us immediately.

   If you wish to settle this claim, please call us.

   **CONTACT YOUR ATTORNEY WITH ANY QUESTIONS ABOUT YOUR RIGHTS.**

                                                            Yours very truly,

                                                            J. MICHAEL WESTON

encl.

**WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

EXHIBIT 1