## BENNETT, WESTON & LaJONE, P.C.
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                          Fax: (214) 373-6810

June 24, 2004

Rose Yvette Garcia
7636 Southmost Rd.
Brownsville, TX  78521

      Re:    **United States of America v. Rose Yvette Garcia**, No. B-03-228, Judgment dated: May 3, 2004

YOU HAVE NOT RESPONDED TO THE POST JUDGMENT DISCOVERY
SERVED ON YOU.

**You must immediately and completely respond to the post-judgment discovery.  If you do not respond, we will ask that the United States District Court impose sanctions on you.**

THIS IS A SERIOUS MATTER.

CONTACT YOUR ATTORNEY IMMEDIATELY.

IF YOU HAVE QUESTIONS OF US, CALL HELEN FABIAN AT EXTENSION 237.

WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Yours very truly,



J. MICHAEL WESTON

EXHIBIT 2