UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action B-03-228 |
| | § | |
| Rose Yvette Garcia | § | |

Order Compelling Discovery Responses and Awarding Sanctions

Rose Yvette Garcia must fully respond to the interrogatories and requests for production served upon Rose Yvette Garcia by the United States by December 29, 2004.

If Rose Yvette Garcia fails to comply with this order, Rose Yvette Garcia may be held in contempt.

The United States is awarded costs and attorney's fees of $200.00 against Rose Yvette Garcia. Costs and attorney's fees shall be paid to counsel for the United States by December 29, 2004.

SIGNED this _____ day of _____, 2004.

_____
United States District Judge