UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-03-228 |
| | § | |
| ROSE YVETTE GARCIA | | |

### ORDER COMPELLING DISCOVERY RESPONSES

Rose Yvette Garcia must fully respond to the interrogatories and requests for production served upon Rose Yvette Garcia by the United States by December 29, 2004.

If Rose Yvette Garcia fails to comply with this order, she may be held in contempt.

SIGNED this 15th day of November 2004, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge